Air Care, Inc.
PO Box 352
Lamar, CO  81052-0352


BagCorp
5858 Westheimer Rd Ste 500
Houston, TX  77057-5645


Bijou Telephone
1070 US Highway 36
Byers, CO  80103-9707


Botanacor
1301 S Jason St Unit K
Denver, CO  80223-3495


CNH
PO Box 71264
Philadelphia, PA  19176-6264


Craig, Amber
PO Box 713
Strasburg, CO  80136-0713


Denali Law Firm LLC
8958 Southhurst St
Littleton, CO  80129-2785

```
Enviro Gas
125 W Bridge St # F
Brighton, CO  80601-2834


Frederick  L. Ginsburg, Esq.
PO Box 697
Parker, CO  80134-0697


Havasim
1142 Amanda
Canyon Lake, TX  78133-5344


Hixson Farms
7943 County Road Dd
Lamar, CO  81052-9700


IREA
PO Box A 5496 N US Hwy 85
Sedalia, CO  80135-0220


Mile High Commissary
22730 E Prentice Pl
Aurora, CO  80015-6545


Premier Portables
PO Box 9
Byers, CO  80103-0009
```

```
Rain Flo
929 Reading Rd
East Earl, PA  17519-9314


RFMC LLC
803 S 1st St
Rocky Ford, CO  81067-2301


Swims Disposal
PO Box 411
Byers, CO  80103-0411


Wagner Equipment
PO Box 919000
Denver, CO  80291-9000


Western Irrigation
2990 Morton Rd
Garden City, KS  67846-8380


Xcel Energy
P O Box 9477
Minneapolis, MN  55484-0001
```

**Fill in this information to identify the case:**

Debtor name  **Strasburg Pharms LLC**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other | **$80,000.00** |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other | **$17,010.46** |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other | **$1,361,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be

Software Copyright (c) 2021 CINGroup - www.cincompass.com

| Debtor | Strasburg Pharms LLC | | Case number (if known) | |

adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Lyk Welby LLC v. Global NV Corp 2020 CV 30335 | Landlord/Tenant collection suit | Adams County District Court 1100 Judicial Center Dr Brighton, CO 80601-8873 | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor   **Strasburg Pharms LLC**                          Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

### Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **Jon B. Clarke, P.C.**<br>**18 S Wilcox St Ste 200**<br>**Castle Rock, CO 80104-1968** | 0.00 | | $0.00 |
| **Email or website address**<br>**jclarke@clarkepclaw.com** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| 14.1.   **2300 W 76th Ave Ste 300**<br>**Denver, CO 80221-3319** | _____ - October 2020 |

### Part 8:   Health Care Bankruptcies

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor   **Strasburg Pharms LLC**                                    Case number *(if known)*

---

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

- ■ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor    **Strasburg Pharms LLC**                                    Case number *(if known)*

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25.   **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.  Dates business existed |
|---|---|---|
| | | |

26.   **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Geoffrey Goudy, CPA**<br>**139 N Meldrum St**<br>**Fort Collins, CO 80521-2653** | **2019 to date** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

---

Debtor   **Strasburg Pharms LLC**                                    Case number *(if known)*

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **ACM Management**<br>**220 - 333 Terminal Ave**<br>**Vancouver, BC V6A U-C1** | **2019 - 2020** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Debtor** | **All are available** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brad J. Wyatt** | **225 Union Blvd Ste 250**<br>**Denver, CO 80228-1574** | **Manager** | _____% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Debtor   **Strasburg Pharms LLC**                                    Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 23, 2021**

/s/ Brad J. Wyatt                                      Brad J. Wyatt
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO, DENVER DIVISION

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Strasburg Pharms LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 47-1903107 |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **225 Union Blvd**<br>**Ste 250**<br>**Lakewood, CO 80228-1574**<br>Number, Street, City, State & ZIP Code | <br><br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Jefferson**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **A FAQ is under construction at time of filing** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor  **Strasburg Pharms LLC**                                    Case number (if known) _____
_____
Name

---

**7.**  **Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply.*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | When | _____ | Case number | _____ | |
| | _____ | When | _____ | Case number | _____ | |

---

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | **Global NV Corp** | Relationship | **Parent** |
|---|---|---|---|---|
| | District | **USBC Colorado** | When _____ | Case number, if known | **21-_____** |

---

Debtor **Strasburg Pharms LLC**
Name

Case number (*if known*) _____

---

**11. Why is the case filed in** *this district?*

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor    **Strasburg Pharms LLC**                                    Case number (*if known*) _____
          Name

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 23, 2021**
               MM / DD / YYYY

X  **/s/ Brad J. Wyatt**                                    **Brad J. Wyatt**
   Signature of authorized representative of debtor          Printed name

Title    **Manager**

---

**18. Signature of attorney**

X  **/s/ Jon B. Clarke**                          Date   **March 23, 2021**
   Signature of attorney for debtor                        MM / DD / YYYY

**Jon B. Clarke**
Printed name

**Jon B. Clarke, P.C.**
Firm name

**18 S Wilcox St Ste 200**
**Castle Rock, CO 80104-1968**
Number, Street, City, State & ZIP Code

Contact phone    **(303) 779-0600**    Email address    **jclarke@clarkepclaw.com**

**00535 CO**
Bar number and State

---

VOLUNTARY PETITION 11 U.S.C. §1116(1)(B) STATEMENT

QUESTION #8:            FEDERAL INCOME TAX RETURNS

2019 AND 2020 FEDERAL INCOME TAX RETURNS HAVE NOT BEEN FILED (NO PROFIT)

THIS STATEMENT MADE UNDER PENALTY OF PERJURY.

11:40 AM

03/22/21

Accrual Basis

# STRASBURG PHARMS LLC
## Balance Sheet
### As of December 31, 2020

|  | Dec 31, 20 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **Cash Account** | 1,363.38 |
| **MVBofC Operating Account** | -9,267.24 |
| **Total Checking/Savings** | -7,903.86 |
| **Accounts Receivable** | |
| **Accounts Receivable** | 253,225.00 |
| **Total Accounts Receivable** | 253,225.00 |
| **Other Current Assets** | |
| **Accum.Deprec. Chemistry Equip** | -551.97 |
| **Allowance for Doubtful Accounts** | -252,775.00 |
| **Total Other Current Assets** | -253,326.97 |
| **Total Current Assets** | -8,005.83 |
| **Fixed Assets** | |
| **Accum.Deprec. Farm Equipment** | -48,051.59 |
| **Accum.Deprec. Greenhouses** | -71,698.86 |
| **Chemistry Equipment** | 1,024.37 |
| **Farm Tools and Equipment** | 86,529.38 |
| **Greenhouses** | 230,476.22 |
| **Right of Use Assets** | |
| **Right of Use Assets - Acc Dep** | -56,483.63 |
| **Right of Use Assets - Other** | 180,517.00 |
| **Total Right of Use Assets** | 124,033.37 |
| **Total Fixed Assets** | 322,312.89 |
| **Other Assets** | |
| **Due to SMBT** | -62,400.00 |
| **Inventory** | 2,055,327.78 |
| **Total Other Assets** | 1,992,927.78 |
| **TOTAL ASSETS** | 2,307,234.84 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| **Accounts Payable** | 345,890.10 |
| **Total Accounts Payable** | 345,890.10 |
| **Credit Cards** | |
| **Bank of America 2297** | 25,395.14 |
| **Total Credit Cards** | 25,395.14 |
| **Other Current Liabilities** | |
| **Accrued Interest** | 1,736.25 |
| **Accrued Interest - Mac5** | 46,706.44 |
| **Accrued Liabilities** | 53,515.40 |
| **Customer Deposit** | 25,000.00 |
| **Lease liability** | 135,981.57 |
| **Total Other Current Liabilities** | 262,939.66 |
| **Total Current Liabilities** | 634,224.90 |
| **Long Term Liabilities** | |
| **Due to MAC5** | |
| **Due to MAC5 - discount** | -384,345.93 |

11:40 AM

03/22/21

Accrual Basis

# STRASBURG PHARMS LLC
# Balance Sheet
### As of December 31, 2020

|  | Dec 31, 20 |
|---|---|
| Due to MAC5 - Other | 870,564.91 |
| **Total Due to MAC5** | 486,218.98 |
| Due to/from CannaOil | 305,415.15 |
| Due to/from CBD Global Sciences | 12,882.97 |
| Due to/from Global NV Corp | 286,361.82 |
| Due to/from Global Sciences | 47,671.17 |
| Due to/from SMBT | 28,866.81 |
| Loans Payable | 2,000.00 |
| Notes Payable - Land | -2,663.28 |
| Notes Payable - MAC5 | 7,500.00 |
| **Total Long Term Liabilities** | 1,174,253.62 |
| **Total Liabilities** | 1,808,478.52 |
| Equity |  |
| Contributed Surplus | 498,741.60 |
| Member's Equity | 774,216.07 |
| Retained Earnings | 428,840.27 |
| Net Income | -1,203,041.62 |
| **Total Equity** | 498,756.32 |
| **TOTAL LIABILITIES & EQUITY** | 2,307,234.84 |

11:38 AM

03/22/21

**Accrual Basis**

# STRASBURG PHARMS LLC
## Profit & Loss
### January through December 2020

|  | Jan - Dec 20 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Bank Credit | 1,091.83 |
| Crop Sales | 15,918.63 |
| Crops Produced | 0.00 |
| **Total Income** | 17,010.46 |
| **Expense** | |
| Accretion Expense | 63,055.32 |
| Bank Service Charges | 3,934.31 |
| Contract Exp-Labor Temp Harvest | 187.50 |
| Contract Expense - Farm Labor | 49,877.11 |
| Contract Expense - Temp Labor | 14,023.49 |
| Cost of Goods Sold | 1,529.60 |
| Crop Sales Commission | 1,856.84 |
| customer Refund | -195.00 |
| Depreciation Expense | 72,156.97 |
| Expense Reimbursement | 4,203.29 |
| Farm Equipment Rental | 37,249.68 |
| Farm Labor | 27,760.00 |
| Fertilizers and Lime | 219.55 |
| Gain on settlement of debt | -2,260.00 |
| Gasoline, Fuel and Oil | -4,664.59 |
| Growing Supplies | 3,780.30 |
| Interest Expense | 104,541.98 |
| labor Charges | 6,566.04 |
| Late Fees | 5,074.46 |
| Legal Fees | 1,772.50 |
| Licensing & Permits | 2,261.64 |
| Marketing | 262.98 |
| Marketing Expense | 277.50 |
| Office Supplies | 90.53 |
| Plant Testing | 825.00 |
| Postage and Delivery | 428.66 |
| Processing Expense | 500.00 |
| Property Tax | 360.27 |
| Rent Expense | 69,309.85 |
| Small Tools and Equipment | 2,319.58 |
| Software Expense | 4,176.24 |
| Soil and Nutrients | 132.54 |
| Telephone Expense | 1,168.70 |
| Trash Haul Away | 12,484.00 |
| Travel expense | 8,594.97 |
| Utilities | 32,452.08 |
| Water Supply | 5,000.00 |
| Write-down of inventory | 518,578.00 |
| Write-off property deposit | 171,660.19 |
| **Total Expense** | 1,221,552.08 |
| **Net Ordinary Income** | -1,204,541.62 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Ask My Accountant | -1,500.00 |
| **Total Other Expense** | -1,500.00 |
| **Net Other Income** | 1,500.00 |
| **Net Income** | -1,203,041.62 |

**Fill in this information to identify the case:**

Debtor name **Strasburg Pharms LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __March 23, 2021__   X __/s/ Brad J. Wyatt__
                                    Signature of individual signing on behalf of debtor

**Brad J. Wyatt**
Printed name

**Manager**
Position or relationship to debtor

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | **Strasburg Pharms LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Mountain View Bank of Commerce - Strasburg** | **Checking** | **6210** | **$21,868.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $21,868.00 |
   |---|

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **40,000.00** | - | **0.00** | = .... | **$40,000.00** |

Debtor **Strasburg Pharms LLC**                          Case number *(If known)* _____
_____
Name

12. **Total of Part 3.**                                                      | **$40,000.00** |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.   **Crops-either planted or harvested** | | | |
| 29.   **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30.   **Farm machinery and equipment** *(Other than titled motor vehicles)* **Farm Tools & Equipment :   SEE ATTACHED EXHIBIT B-30** | $534,047.00 | YE 2020 book val | $534,047.00 |
| 31.   **Farm and fishing supplies, chemicals, and feed** | | | |
| 32.   **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6.**                                                      | **$534,047.00** |

Add lines 28 through 32.  Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
■ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
■ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor   **Strasburg Pharms LLC**                                    Case number *(If known)* _____
Name

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e.,<br>VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating<br>homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**CNH TRACTOR $1 LEASE PURCHASE @<br>$3672/MONTH** | **$130,000.00** | | **$130,000.00** |

**51. Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

|   |
|---|
| **$130,000.00** |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type of<br>property (for example, acreage,<br>factory, warehouse, apartment or<br>office building, if available. | Nature and extent<br>of debtor's<br>interest in<br>property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  **3091 S County Rd,<br>Strasburg, CO 80136<br>Eleven Greenhouses** | **Fee Simple** | **$158,777.00** | **Cost Approach** | **$158,777.00** |

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor     **Strasburg Pharms LLC**                                          Case number *(If known)* _____
           Name

| | | | | |
|---|---|---|---|---|
| 55.2. | **3091 S County Rd,** **Strasburg, CO 80136** **METAL BUILDING** **(LEASED) @** **$3,000/MONTH** | | $0.00 | $0.00 |

---

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| |
|---|
| $158,777.00 |

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor    **Strasburg Pharms LLC**                                    Case number *(If known)* _____
          <sub>Name</sub>

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $21,868.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $40,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $534,047.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $130,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................> | | $158,777.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $725,915.00 | + 91b. $158,777.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $884,692.00 |

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Strasburg

| | Original Cost | YE 2020 Book Value |
|---|---|---|
| Farm Tools & Equipment | | |
| Shipping container | $ 5,903.89 | $ 409.24 |
| Row mulcher and planter | $ 8,043.65 | $ 557.57 |
| A/C Unit | $ 2,999.45 | $ 207.91 |
| Wood chipper | $ 500.00 | $ 34.66 |
| 2015 TAR-RIVER TRRXT-088 | $ 4,336.50 | $ 300.60 |
| Water risers | $ 2,141.61 | $ 148.45 |
| Mulching equipment | $ 20,171.00 | $ 4,485.65 |
| Heaters and pump | $ 1,199.00 | $ 392.37 |
| Freezer | $ 2,746.41 | $ 898.76 |
| Freezer | $ 2,746.41 | $ 898.76 |
| Rototiller | $ 787.13 | $ 275.15 |
| Generator for well | $ 7,500.00 | $ 3,075.41 |
| ATV | $ 2,300.00 | $ 906.63 |
| Well pump | $ 10,358.87 | $ 3,621.07 |
| 14 tracking trailers | $ 18,041.10 | $ 6,709.03 |
| Trailer upgrades | $ 8,712.12 | $ 3,434.21 |
| Leaf harvesting machine | $ 4,000.00 | $ 1,576.75 |
| Power tranformer | $ 9,319.00 | $ 3,673.43 |
| 3-Row Mulcher | $ 23,546.00 | $ 11,908.39 |
| Plug Tray | $ 4,465.19 | $ 2,258.27 |
| Irrigation pond | $ 4,484.20 | $ 2,267.88 |
| Propagation Machine | $ 64,130.00 | $ 32,433.75 |
| Well pump and installation | $ 11,561.70 | $ 5,847.33 |
| Attachment for Mulcher | $ 13,445.00 | $ 6,799.81 |
| Grow Light | $ 901.36 | $ 651.23 |
| Climate Control Design | $ 1,672.23 | $ 1,261.49 |
| Greenhouse shelving | $ 17,925.00 | $ 13,522.17 |
| Grow Light | $ 537.28 | $ 405.31 |
| Rain Flo | $ 948.20 | $ 745.52 |
| Western Irrigation | $ 15,994.74 | $ 12,575.86 |
| Grow Geneation | $ 1,200.00 | $ 981.75 |

| The Trimmer Street | $ | 2,849.56 | $ | 2,331.30 |
|---|---|---|---|---|
| **Greenhouses** | | | | |
| 11 Greenhouses built on 30 acre parcel | $ | 141,678.51 | $ | 94,452.34 |
| (straight-line 15 years) | $ | 39,672.53 | $ | 28,337.52 |
| | $ | 13,710.21 | $ | 10,546.31 |
| Upgrades for 5 or the 11 greenhouses | $ | 13,498.64 | $ | 11,248.87 |
| | $ | 21,916.33 | $ | 18,263.61 |
| **Lease assets** | | | | |
| Tractor Lease | $ | 75,219.32 | $ | 52,813.58 |
| Challenger Lease | $ | 22,398.25 | $ | 14,255.50 |
| Havasim Rental | $ | 82,899.52 | $ | 68,270.20 |
| **Chemistry Equipment** | | | | |
| Fractionator | $ | 1,024.37 | $ | 518.08 |

CannaOil
Property, Plant and Equipment Depreciation Schedule
June 30, 2020

Farm Equipment

Global NV
Property, Plant and Equipment Depreciation Schedule
June 30, 2020

Machinery and equipment

| Delta seprations extraction equipment | $ | 152,424.50 | $ | 109,745.64 |
|---|---|---|---|---|
| Consolidated Total | | | $ | 534,047.36 |

**Fill in this information to identify the case:**

Debtor name __**Strasburg Pharms LLC**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO, DENVER DIVISION__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 2021 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **Strasburg Pharms LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Air Care, Inc.**<br><br>PO Box 352<br>Lamar, CO 81052-0352<br>Date(s) debt was incurred  **2020 - 2021**<br>Last 4 digits of account number  **1264** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,504.00** |
| **3.2** Nonpriority creditor's name and mailing address<br>**BagCorp**<br><br>5858 Westheimer Rd Ste 500<br>Houston, TX 77057-5645<br>Date(s) debt was incurred  **2019 - 2021**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,547.00** |
| **3.3** Nonpriority creditor's name and mailing address<br>**Bijou Telephone**<br><br>1070 US Highway 36<br>Byers, CO 80103-9707<br>Date(s) debt was incurred  **2020 - 2021**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$90.00** |
| **3.4** Nonpriority creditor's name and mailing address<br>**Botanacor**<br><br>1301 S Jason St Unit K<br>Denver, CO 80223-3495<br>Date(s) debt was incurred  **2019 - 2020**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$625.00** |

| Debtor | **Strasburg Pharms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,672.00**

**CNH**

PO Box 71264
Philadelphia, PA 19176-6264

Date(s) debt was incurred **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00**

**Craig, Amber**

PO Box 713
Strasburg, CO 80136-0713

Date(s) debt was incurred **2019 - 2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,858.00**

**Denali Law Firm LLC**

8958 Southhurst St
Littleton, CO 80129-2785

Date(s) debt was incurred **2019 - 2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,879.00**

**Enviro Gas**

125 W Bridge St # F
Brighton, CO 80601-2834

Date(s) debt was incurred **2019 - 2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **unknown**

**Havasim**

1142 Amanda
Canyon Lake, TX 78133-5344

Date(s) debt was incurred **2019 - 2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,166.00**

**Havasim**

1142 Amanda
Canyon Lake, TX 78133-5344

Date(s) debt was incurred **2020 - 2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$87,216.00**

**Hixson Farms**

7943 County Road Dd
Lamar, CO 81052-9700

Date(s) debt was incurred **2020 - 2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor  **Strasburg Pharms LLC**                                    Case number (if known) _____
_____
Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,540.00 |
|---|---|---|---|

**IREA**

PO Box A 5496 N US Hwy 85
Sedalia, CO 80135-0220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020 - 2021**

Basis for the claim: _

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Mile High Commissary**

22730 E Prentice Pl
Aurora, CO 80015-6545

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 - 2020**

Basis for the claim: _

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,162.00 |
|---|---|---|---|

**Premier Portables**

PO Box 9
Byers, CO 80103-0009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020 - 2021**

Basis for the claim: _

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $949.00 |
|---|---|---|---|

**Rain Flo**

929 Reading Rd
East Earl, PA 17519-9314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 - 2020**

Basis for the claim: _

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112,683.00 |
|---|---|---|---|

**RFMC LLC**

803 S 1st St
Rocky Ford, CO 81067-2301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 - 2021**

Basis for the claim: _

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,596.00 |
|---|---|---|---|

**Swims Disposal**

PO Box 411
Byers, CO 80103-0411

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020 - 2021**

Basis for the claim: _

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,868.00 |
|---|---|---|---|

**Wagner Equipment**

PO Box 919000
Denver, CO 80291-9000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

| | |
|---|---|
| Debtor | **Strasburg Pharms LLC** |
| | Name |

Case number (if known) _____

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,508.00** |

**Western Irrigation**

**2990 Morton Rd**
**Garden City, KS 67846-8380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019 - 2021__

**Basis for the claim:** _

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,726.00** |

**Xcel Energy**

**P O Box 9477**
**Minneapolis, MN 55484-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020 - 2021__

**Basis for the claim:** _

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a.** Total claims from Part 1 | 5a. | $ | 0.00 |
| **5b.** Total claims from Part 2 | 5b. + | $ | 263,589.00 |
| **5c.** Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. | $ | 263,589.00 |

**Fill in this information to identify the case:**

Debtor name      **Strasburg Pharms LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | **CNH Tractor (fmv $130K) Lease Agreement @ $1,962/Month  Dollar Buyout Indefinite** |
|        State the term remaining | |
|        List the contract number of any government contract | **CNH**<br>**PO Box 71264**<br>**Philadelphia, PA 19176-6264** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest | **Metal Building Lease at $3,000/MONTH EXPIRES April 30 2021**<br><br>**Negative Equity** |
|        State the term remaining | |
|        List the contract number of any government contract | **Craig, Amber**<br>**PO Box 713**<br>**Strasburg, CO 80136-0713** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest | **Eleven Greenhouses LEASE AGREEMENT @ $2,971 indefinite** |
|        State the term remaining | |
|        List the contract number of any government contract | **Havasim**<br>**1142 Amanda**<br>**Canyon Lake, TX 78133-5344** |

Software Copyright (c) 2021 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name __**Strasburg Pharms LLC**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO, DENVER DIVISION__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name / Mailing Address | | Name | Check all schedules that apply: |
| 2.1 _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name    **Strasburg Pharms LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | **Summary of Assets** |

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.............................................................................    $    **158,777.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..........................................................................    $    **725,915.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................    $    **884,692.00**

| Part 2: | **Summary of Liabilities** |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*....................    $    **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................    $    **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$    **263,589.00**

4. Total liabilities ....................................................................................................................
   Lines 2 + 3a + 3b

   $    **263,589.00**

Software Copyright (c) 2021 CINGroup - www.cincompass.com